IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03239-AP

Donna Martinez,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,[1]
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

[1] **Error! Main Document Only.**Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Patrick C.H. Spencer, II
Spencer & Spencer, P.C.
830 Tenderfoot Hill Rd., #320
Colorado Springs, CO 80906
(719) 632-4808
(719) 632-4807 (facsimile)
Patrick@2spencers.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed: December 12, 2012**

    **B.**     **Date Complaint  Was Served on U.S. Attorney's Office: January 9, 2013**

    **C.**     **Date Answer and Administrative Record Were Filed: March 7, 2013**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete and accurate.

## 5.    STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate any additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not appear to raise unusual claims or defenses.

## 7.  OTHER MATTERS

This case is before the Court on appeal following a prior remand by the United States District Court for the District of Colorado, the Honorable Christine Arguello, case no. 09-cv-00668-CMA.

## 8.  BRIEFING SCHEDULE

Counsel for both parties conferred and agreed upon the following proposed briefing schedule. Due to Plaintiff's counsel's schedule and conflicts with commitments in other cases, the parties have agreed to a briefing schedule outside the normal timeframes. *OK/ JLK*

- A.    **Plaintiff's Opening Brief Due: July 1, 2013**
- B.    **Defendant's Response Brief Due: July 31, 2013**
- C.    **Plaintiff's Reply Brief (If Any) Due: August 15, 2013**

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

- A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

- B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

- A.    **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

- B.    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only*

**upon a showing of <u>good cause</u>.**


DATED this 25th day of April, 2013.

BY THE COURT:

**s/John L. Kane**
U.S. DISTRICT COURT JUDGE


APPROVED:

John F. Walsh
United States Attorney

s/ *Patrick Spencer*
Spencer & Spencer, P.C.
830 Tenderfoot Hill Rd., #320
Colorado Springs, CO 80906
(719) 632-4808
(719) 632-4807 (facsimile)
patrick@2psencers.com

**By:** s/*Alexess Rea*
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

Attorney for Plaintiff

Attorneys for Defendant