**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03239-CMA

DONNA G. MARTINEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on March 4, 2014 it is

 the motion for entered orally by Judge Christine M. Arguello in open court on . It is

    ORDERED that the ALJ's denial of social security disability benefits is AFFIRMED. It is

    FURTHER ORDERED that each party shall pay its own costs and attorneys' fees.

    Dated at Denver, Colorado this 4th day of March, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                              By:  s/  Sandra Hartmann

                                        Sandra Hartmann
                                        Deputy Clerk